JS-6

**MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
Jarrod Y. Nakano (State Bar No. 235548)
Email: jarrod@mcfarlinlaw.com
Connie C. Catone (State Bar No. 274248)
Email: connie@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Fax: (949) 336-7612

Attorneys for Plaintiff
DENA GUGLIELMELLI

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENA GUGLIELMELLI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a National Association; NDEX WEST, LLC, a Delaware Limited Liability Company; and DOES 1 through 10; Inclusive,<br><br>Defendants. | Case No. EDCV 13-00462 VAP (DTBx)<br><br>Judge: Hon. Virginia A. Phillips<br>Courtroom: 2<br><br>**NOTICE OF VOLUNTARY DISMISSAL.**<br><br>[Fed.R.Civ.P. 41(a)]<br><br>IT IS SO ORDERED<br>DATE May 2 2013<br><br>_Virginia A. Phillips_<br>U.S. DISTRICT COURT JUDGE<br><br>Date Filed: March 12, 2013<br>Trial Date: Not Yet Set |

1 | TO DEFENDANTS AND THEIR ATTORNEYS OF RECORDS:

2 |     PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff DENA GUGLIELMELLI voluntarily dismisses the above captioned action without prejudice.

5 | DATED: April 12, 2013      **MCFARLIN LLP**

By: /s/ Connie C. Catone

Jarrod Y. Nakano
Connie C. Catone
Attorneys for Plaintiff
DENA GUGLIELMELLI

- 2 -

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. EDCV13-00462 VAP (DTBX)